# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TODD THOMAS FLORIO-BUNDY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-2009

[December 10, 2014]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562003CF001940A.

Todd Thomas Florio-Bundy, Avon Park, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Laura Fisher, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Affirmed. *Santiago v. State,* 91 So. 3d 919 (Fla. 2d DCA 2012).

DAMOORGIAN, C.J., WARNER and MAY, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***